# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Thymes, Robyn D | § | Case No. 07 B 22062 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/26/2007.

2) The plan was confirmed on 02/11/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was dismissed on 02/28/2011.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $21,800.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,388.50 |
| Less amount refunded to debtor | $984.92 |
| **NET RECEIPTS:** | $37,403.58 |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,854.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $2,292.40 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,146.40** |
| Attorney fees paid and disclosed by debtor | $0 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue | Priority | $200.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $18,773.78 | $20,790.11 | $20,790.11 | $12,245.09 | $0 |
| City Of Chicago | Secured | $475.41 | $475.41 | $475.41 | $475.41 | $0 |
| Countrywide Home Loans Inc. | Secured | $98,542.59 | $89,589.51 | $89,589.51 | $0 | $0 |
| Countrywide Home Loans Inc. | Secured | $6,260.82 | $6,260.82 | $6,260.82 | $1,220.40 | $0 |
| Greater Suburban Acceptance Co | Secured | $20,466.45 | $20,466.45 | $20,466.45 | $16,688.12 | $0 |
| Litton Loan Servicing | Secured | $628.16 | $628.16 | $628.16 | $628.16 | $0 |
| Litton Loan Servicing | Secured | $24,000.00 | $24,066.31 | $24,066.31 | $0 | $0 |
| Advance America | Unsecured | $2,700.00 | NA | NA | $0 | $0 |
| Advocate Trinity Hospital | Unsecured | $0 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | NA | $366.66 | $366.66 | $0 | $0 |
| Allied Interstate | Unsecured | $1,515.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $425.00 | NA | NA | $0 | $0 |
| Cash Advance | Unsecured | $560.00 | NA | NA | $0 | $0 |
| CCA | Unsecured | $73.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $24.59 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| City Of Chicago Dept Of Revenue | Unsecured | $400.00 | $720.00 | $720.00 | $0 | $0 |
| Comcast | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $0 | $88.66 | $88.66 | $0 | $0 |
| Dakota State Bank | Unsecured | $411.00 | $411.07 | $411.07 | $0 | $0 |
| Elisha Greenfield | Unsecured | NA | $1,885.00 | $1,885.00 | $0 | $0 |
| Evergreen Med | Unsecured | $53.00 | NA | NA | $0 | $0 |
| Exelon | Unsecured | $169.00 | NA | NA | $0 | $0 |
| First American Cash Advance | Unsecured | $900.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $1,355.29 | NA | NA | $0 | $0 |
| Galway Financial Service | Unsecured | $305.00 | $305.00 | $305.00 | $0 | $0 |
| Genesis Financial Svcs Dba USA Wel | Unsecured | NA | $1,365.20 | $1,365.20 | $0 | $0 |
| Global Payments | Unsecured | $119.00 | $119.05 | $119.05 | $0 | $0 |
| Greater Suburban Acceptance Co | Unsecured | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $30,676.23 | $30,676.23 | $0 | $0 |
| Internal Revenue Service | Unsecured | $27,817.07 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $670.00 | $670.20 | $670.20 | $0 | $0 |
| Lenscrafters | Unsecured | $308.00 | NA | NA | $0 | $0 |
| Lifewatch Inc | Unsecured | $386.00 | NA | NA | $0 | $0 |
| Loop Dental Center | Unsecured | $1,911.00 | NA | NA | $0 | $0 |
| Midwest Verizon Wireless | Unsecured | $1,242.00 | $1,242.51 | $1,242.51 | $0 | $0 |
| NDC Check Services | Unsecured | $119.00 | NA | NA | $0 | $0 |
| Orland Square Cosmetic And Implant | Unsecured | $149.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $376.00 | $178.63 | $178.63 | $0 | $0 |
| Sprint PCS | Unsecured | $0 | NA | NA | $0 | $0 |
| Unique Insurance | Unsecured | $2,235.00 | NA | NA | $0 | $0 |
| United Cash | Unsecured | $505.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $2,792.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $289.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $1,233.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $113,655.82 | $0 | $0 |
| Mortgage Arrearage | $6,888.98 | $1,848.56 | $0 |
| Debt Secured by Vehicle | $20,466.45 | $16,688.12 | $0 |
| All Other Secured | $475.41 | $475.41 | $0 |
| **TOTAL SECURED:** | $141,486.66 | $19,012.09 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $20,790.11 | $12,245.09 | $0 |
| **TOTAL PRIORITY:** | $20,790.11 | $12,245.09 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $38,028.21 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $6,146.40 |
| Disbursements to Creditors | $31,257.18 |
| **TOTAL DISBURSEMENTS:** | $37,403.58 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 11, 2011           By: /s/ MARILYN O. MARSHALL
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)